United States District Court
Southern District of Texas
**ENTERED**
September 05, 2023
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| JARMAINE HINTON, | § | CIVIL ACTION NO |
| Plaintiff, | § | 4:22-cv-02576 |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| NUKSY'S FINE | § | |
| CATERING LLC and | § | |
| YOLONDA HENRY, | § | |
| Defendants. | § | |

## ORDER

Pending is a letter from Plaintiff requesting permission to file a motion to compel responses to his first set of interrogatories and requests for production of documents due to Defendants' refusal to respond—and noting that Defendants have refused to confer in that regard. Dkt 24. Defendants haven't timely responded.

Defendants are ORDERED to respond fully to all pending discovery requests by September 12, 2023. No objections apart from privilege may be made.

To the extent that Defendants believe they are entitled to any further protection, they must seek permission to file such motion by discovery letter in conformance with this Court's procedures. Any such letter may only be submitted after conferring in good faith with Plaintiff.

Defendants will be subject to sanction, including the potential for litigation-ending sanctions, if they do not now cooperate and proceed in good faith in light of this order.

So ordered.

Signed on September 5, 2023, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge