IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**JARMAINE HINTON**                                                                                           **PLAINTIFF**

vs.                                           No. 4:22-cv-2576-CRE

**NUKSY'S FINE CATERING, LLC,**                                                  **DEFENDANTS**
**and YOLONDA HENRY**

### PLAINTIFF'S NOTICE OF SETTLEMENT

    Plaintiff submits this Notice of Settlement to apprise the Court that Plaintiff and Defendants have reached a settlement in principle that will resolve all claims asserted by Plaintiff. The parties are in the process of finalizing settlement terms and expect to file a Joint Stipulation of Dismissal with the Court within thirty (30) days from the filing of this Notice of Settlement. In light of this progress, Plaintiff requests that all deadlines be stayed pending finalization of the settlement.

    Respectfully submitted,

**PLAINTIFF JARMAINE HINTON**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Parkway, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088

*/s/ Josh Sanford*
Josh Sanford
Tex. Bar No. 24077858
josh@sanfordlawfirm.com

Page 1 of 1
Jarmaine Hinton v. Nuksy's Fine Catering, LLC, et al.
U.S.D.C. (S.D. Tex.) Case No. 4:22-cv-2576-CRE
Plaintiff's Notice of Settlement