United States District Court
Southern District of Texas
**ENTERED**
December 28, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JARMAINE HINTON, | § | CIVIL ACTION NO. |
| Plaintiff, | § | 4:22-CV-02576 |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| NUKSY'S FINE CATERING, LLC, *et al*, | § | |
| Defendants. | § | |

## ORDER

Plaintiff Jarmaine Hinton has provided notice of settlement of this action. Dkt 26.

This case is DISMISSED WITH PREJUDICE.

Plaintiff may move within sixty days to reinstate his claims against Defendants Nusky's Fine Catering, LLC and Yolanda Henry if approval of documentation or condition precedent fails.

SO ORDERED

Signed on December 28, 2023, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge